NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CROSS MATCH TECHNOLOGIES, INC.,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**SUPREMA, INC. AND MENTALIX, INC.,**
*Intervenors.*

---

2012-1026

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-720.

---

## ON MOTION

---

## ORDER

Upon consideration of Suprema, Inc. and Mentalix, Inc.'s unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

DEC 0 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Maximilian A. Grant, Esq.
Clint A. Gerdine, Esq.
Darryl M. Woo, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 8 2011

JAN HORBALY
CLERK